Raymond J. Rodgers, Federal Public Defender's Office, Northern District of

Texas, Fort Worth, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Gloria Morris raises arguments that are foreclosed by *United States v. Gonzales,* 40 F.3d 735, 738 (5th Cir.1994), which held that the Due Process Clause does not bar punishments under both 21 U.S.C. § 841 and 18 U.S.C. § 924(c). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

**Donald GARNER, Plaintiff–Appellant**

v.

**ASHLEY FURNITURE INDUSTRIES INC., Defendant–Appellee.**

No. 04–60765
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Jim D. Waide, III, Waide & Associates, Tupelo, MS, for Plaintiff–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

William T. Siler, Jr., Phelps Dunbar, Jackson, MS, Mark Nolan Halbert, Phelps Dunbar, Tupelo, MS, for Defendant–Appellee.

Before JONES, Chief Judge, and KING and DENNIS, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

On June 30, 2006, the Supreme Court vacated the judgment of this court in this case and remanded the case to this court for further consideration in light of *Burlington N. & S.F.R.Co. v. White*, 548 U.S. ——, 126 S.Ct. 2405, 165 L.Ed.2d 345 (2006). Upon reconsideration, we vacate the judgment of the district court and remand for reconsideration in the light of *Burlington*. VACATED and REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.